UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:03 CR 49 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN RENIFF, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on October 17, 2018, for a final revocation hearing regarding supervised release, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Ryan Reniff was present and represented by Assistant Federal Public Defender Carolyn Kucharski. The United States was represented by Assistant United States Attorney Segev Phillips. The Pretrial Services and Probation Office was represented by Nathaniel Colbert. The court reporter was Lance Boardman. On September 25, 2018 Magistrate Judge William H. Baughman, Jr. held an initial appearance regarding Defendant's supervised release violation. At that time, the defendant admitted to the violation as set forth in the Probation Officer's report and the Magistrate Judge issued a Report and Recommendation on October 1, 2018 that this court find Defendant in violation of the terms of his supervised release for the reasons stated on the open record. No objections were filed. The court adopts the Report and Recommendation of the Magistrate Judge and finds Defendant in violation of his supervised release .

IT IS ORDERED that Defendant's supervised release is continued with the same terms

and conditions as previously imposed with the added condition of placement in a half way house for a period of 6 months, within 20 days of the date of this Order, or in the alternative, placement in a treatment facility for 120 days if there is no availability at the half way house within the 20 day time period. If Defendant successfully completes his stay, supervised release shall terminate. Defendant was advised of his right to appeal and remanded to U.S. Marshal custody until a bed becomes available at the half way house, or 20 days has elapsed and he is placed in a treatment facility, whichever occurs first.

      IT IS SO ORDERED.

                                           /s/*SOLOMON OLIVER, JR.*
                                           UNITED STATES DISTRICT JUDGE

Date: October 18, 2018